FILED

04/22/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0664

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 18-0664

_____

CLARENCE EDWARD CHAMPAGNE,

Petitioner and Appellant,

v.                                          O R D E R

STATE OF MONTANA,

Respondent and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Robert G. Olson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 22 2020